NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**THE HEIL CO.,**
*Appellant*

**v.**

**TRIPLEYE GMBH,**
*Appellee*

_____

2025-1389

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91277359.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        HEIL CO. V. TRIPLEYE GMBH

(2)  Each side shall bear their own costs.

FOR THE COURT

February 5, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 5, 2025